FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2020 JUL 29 AM 8:41
C. Robinson
SO. DIST. OF GA.

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ANTWAN KHALE HEYWARD, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:19-cv-147 |
| v. | * | |
| UNITED STATES OF AMERICA; and LINDA GETER, | * | |
| Respondents. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 3. Petitioner Antwan Heyward ("Heyward") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DISMISSES without prejudice** Heyward's 28 U.S.C. § 2241 Petition for failure to follow this Court's directive, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

Additionally, the Court **DENIES** Heyward *in forma pauperis* status on appeal.

**SO ORDERED**, this 28 day of January, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)